FILED
08 AUG 13 PM 4:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2712 LAB |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) - Harboring Illegal Aliens and Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| MIRIAM ENRIQUEZ-VELAZQUEZ (1), MIREYA DOLORES ENRIQUEZ-VELAZQUEZ (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about July 31, 2008, within the Southern District of California, defendant MIREYA DOLORES ENRIQUEZ-VELAZQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, F.H.A., a juvenile, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States

//

CEK:nlv(2):San Diego
8/13/08

said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 2

On or about July 31, 2008, within the Southern District of California, defendant MIREYA DOLORES ENRIQUEZ-VELAZQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, S.H.A., a juvenile, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 3

On or about July 31, 2008, within the Southern District of California, defendants MIRIAM ENRIQUEZ-VELAZQUEZ and MIREYA DOLORES ENRIQUEZ-VELAZQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, F.H.A., a juvenile, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection such alien, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

//
//
//

<u>Count 4</u>

On or about July 31, 2008, within the Southern District of California, defendants MIRIAM ENRIQUEZ-VELAZQUEZ and MIREYA DOLORES ENRIQUEZ-VELAZQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, S.H.A., a juvenile, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection such alien, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

<u>Count 5</u>

On or about July 31, 2008, within the Southern District of California, defendants MIRIAM ENRIQUEZ-VELAZQUEZ and MIREYA DOLORES ENRIQUEZ-VELAZQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, F.H.A., a juvenile, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//
//
//
//
//
//

Count 6

On or about July 31, 2008, within the Southern District of California, defendants MIRIAM ENRIQUEZ-VELAZQUEZ and MIREYA DOLORES ENRIQUEZ-VELAZQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, S.H.A., a juvenile, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney