```
Patrick J. Hennessey Jr.
Attorney At Law (047993)
2356 Moore Street, Suite 201
San Diego, CA 92110
(619) 298-7802
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08CR2712(2) LAB |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| MIREYA ENRIQUEZ VELASQUEZ, | |
| Defendant. | |

I, Mireya Enriquez Velasquez, defendant in the above case, hereby substitute Patrick J. Hennessey, Jr., as my attorney of record in place of attorney Casey Donovan.

Dated: 9/1/08                              /S/Mireya Enriquez V.
                                           MIREYA ENRIQUEZ VELASQUEZ


Dated: 9/1/08                              /S/Patrick Hennessey
                                           PATRICK J. HENNESSEY, JR.


Dated: 9/1/08                              /S/ Casey Donovan
                                           CASEY DONOVAN

i                                   1

_____
VELASQUEZ.SUBOFATTY

# CERTIFICATE OF MAIL

I, the undersigned, declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 2356 Moore Street, Suite 201, San Diego, California; I am familiar with this firm's practice for collection and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I served the following document(s):

SUBSTITUTION OF ATTORNEY

by placing a copy thereof for each addressee named hereafter, addressed to each such addressee, in a separate envelope, postage prepaid, sealed and deposited at this firm's mailstation on 9/1/08 .

Federal Defenders Inc.  
225 Broadway, Suite 900  
San Diego, CA  92101  

Christopher Tenorio  
Assistant United States Attorney  
880 Front Street, Sixth Floor  
San Diego, CA  92101  

Casey Donovan  
Attorney at Law  
105 West F Street, Fourth Floor  
San Diego, CA  92101  

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 9/1/08.

/S/ Patrick Hennessey  
PATRICK J. HENNESSEY, JR.

VELASQUEZ.SUBOFATTY