Patrick J. Hennessey Jr.
Attorney At Law (047993)
2356 Moore Street, Suite 201
San Diego, CA 92110
(619) 298-7802

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY ALAN BURNS, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR2712(2) LAB |
| Plaintiff, | DECLARATION OF UNAVAILABILITY AND REQUEST FOR CONTINUANCE OF MOTION DATE |
| v. | |
| MIREYA ENRIQUEZ VELASQUEZ, | |
| Defendant. | |

I, Patrick J. Hennessey, Jr., declare:

I have been retained by Mireya Enriquez Velasquez to represent her in the above case. At the time counsel was retained, a motion date had been set for September 22, 2008, at 2:00 p.m. before the Honorable Larry A. Burns. I will be out of the country between September 3 and September 23, 2008. I have spoken with Lela Morgan of Federal Defenders Inc. who represents the codefendant and indicated I would not be available to appear on that date. Counsel would also note that assistant United

i                                               1
_____
VELASQUEZ.DEC

1  States Attorney, Christopher Tenorio, is on leave and will not
2  return to the office until September 2 or 3, 2008.
3       As a result, counsel would request the court continue the
4  motion hearing until either September 29, or October 6, 2008.
5       I declare under penalty of perjury the foregoing is true and
6  correct.  Dated at San Diego, California, this 1st day of
7  September, 2008.

10  Dated:9/1/08              /S/Patrick Hennessey
                              PATRICK J. HENNESSEY, JR.
11                            Attorney for Defendant

i                           2

VELASQUEZ.DEC

# CERTIFICATE OF MAIL

I, the undersigned, declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 2356 Moore Street, Suite 201, San Diego, California; I am familiar with this firm's practice for collection and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I served the following document(s):

DECLARATION OF UNAVAILABILITY AND REQUEST FOR CONTINUANCE OF MOTION DATE

by placing a copy thereof for each addressee named hereafter, addressed to each such addressee, in a separate envelope, postage prepaid, sealed and deposited at this firm's mailstation on 9/1/08 .

Office of the United States Attorney  
880 Front Street, Room 6293  
San Diego, CA  92101

Federal Defenders, Inc.  
225 Broadway, Suite 900  
San Diego, CA  92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 9/1/08.

/S/  Patrick Hennessey  
PATRICK J. HENNESSEY, JR.

i                                        3

VELASQUEZ.DEC