```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2712-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| MIRIAM ENRIQUEZ-VELASQUEZ (1), | ) | |
| MIREYA DOLORES ENRIQUEZ-VELASQUEZ (2), | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED:   September 2, 2008

                                   Respectfully submitted,

                                   KAREN P. HEWITT
                                   United States Attorney

                                   *s/ Christopher P. Tenorio*
                                   CHRISTOPHER P. TENORIO
                                   Assistant U.S. Attorney

```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,      )    Case No. 08CR2712-LAB
                                    )
11              Plaintiff,          )    CERTIFICATE OF SERVICE
                                    )
12        v.                        )
                                    )
13   MIRIAM ENRIQUEZ-VELASQUEZ (1), )
     MIREYA DOLORES                 )
14        ENRIQUEZ-VELASQUEZ (2),   )
                                    )
15              Defendants.         )
                                    )
16
17   IT IS HEREBY CERTIFIED THAT:
18        I, CHRISTOPHER P. TENORIO, am a citizen of the United States
19   and am at least eighteen years of age. My business address is 880
20   Front Street, Room 6293, San Diego, California 92101-8893.
21        I am not a party to the above-entitled action. I am not a
22   party to the above-entitled action. I have caused service of
23   NOTICE OF APPEARANCE on the defendants' attorneys through the ECF
24   System. I declare under penalty of perjury that the foregoing is
25   true and correct.
26   Executed on September 2, 2008.
                                         s/ Christopher P. Tenorio
27                                       CHRISTOPHER P. TENORIO
                                         Assistant U.S. Attorney
28
```

2